Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206) 622-7434

THE HONORABLE MARC BARRECA
Chapter 7
Hearing Date: August 28, 2015
Hearing Time: 9:30 a.m.
Hearing Place: 700 Stewart St., Room 7106, Seattle
Responses Due: August 21, 2015

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In Re:

Dmitri U. Tulyaev and Elena Tulyaeva,

Debtor.

No. 12-11959

ATTORNEY'S FINAL APPLICATION FOR COMPENSATION

I, Michael Harris, hereby state as follows under penalty of perjury under the laws of the State of Washington:

1. <u>Date of Employment</u>. Employment of the undersigned was approved by this Court on October 15, 2012.

2. <u>Compensation previously paid.</u> Counsel for the debtor has received no compensation in this matter to date.

3. <u>No sharing of fees.</u> The undersigned has not shared or promised to share compensation that has been or will be paid in this case with any other party.

4. <u>Source of requested compensation.</u> The undersigned requests compensation from the funds held by the trustee in this matter.

5. <u>Amount of unencumbered funds in case.</u> Counsel believes that the trustee holds approximately $15,500 in this case.

ATTORNEY'S FINAL APPLICATION FOR COMPENSATION - 1

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

6. <u>Narrative summary of services provided.</u>  The undersigned assisted the trustee with preparation of a notice a motion to approve the sale of real estate in this case.  The motion was approved and an Order approving the sale was entered.  The sale was complicated by the fact that there was a co-owner to the property whose cooperation was ultimate secured.  The Trustee was ultimately able to close the short sale transaction that counsel sought approval of in the amended motion, and this resulted in $15,500 available for distribution in this case.

7. <u>Itemized record of services provided.</u>  Attached as Exhibit 1 are itemized statements of the services rendered by the undersigned counsel for the Trustee in this case.  These services can be summarized as follows:

| Professional | | Hours | Amount |
|---|---|---|---|
| Michael P. Harris | ($225/hr.) | .3 | $67.50 |
| | ($250/hr.) | | $1,725.00 |
| | Total: | | $1,792.50 |

8. <u>Statement of expenses for which reimbursement is sought.</u>  The undersigned has incurred the following expenses for which he remains unreimbursed:

| Filing Fee | $176.00 |
|---|---|
| Total: | $176.00 |

9. <u>Other professionals.</u>  The trustee has employed realtors in the case.

WHEREFORE the undersigned prays that the undersigned be awarded final compensation in the amount of $1,792.50 plus $176.00 for unreimbursed expenses, for a total of $1,968.50, and that the same be

ATTORNEY'S FINAL APPLICATION FOR COMPENSATION - 2

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

ordered paid from the funds held by the trustee for this case. The undersigned respectfully represents that the fees applied for are reasonable, were beneficial to the estate, and should be allowed.

Signed in Seattle, Washington on July 31, 2015.

/s/Michael P. Harris
Michael P. Harris,
Attorney at Law
WSBA#13506

ATTORNEY'S FINAL APPLICATION FOR COMPENSATION - 3

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434